# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Reed

-v-

Australian Lottery

Document # 6

USCA NO. _____

SDNY NO. 07cv7532

JUDGE: KMW

DATE: Oct. 18, 2007

## INDEX TO THE RECORD ON APPEAL

OCT 1 - 2007

PREPARED BY (NAME) ___THOMAS PISARCZYK___
FIRM ___APPEALS SECTION___
ADDRESS ___UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY___
___500 PEARL STREET, NEW YORK, NEW YORK 10007___
PHONE NO. ___(212) 805-0636___

DISTRICT COURT DOCKET ENTRIES -----------------------------------

DOCUMENTS                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(✓) Original Record                           (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 18th Day of OCTOBER, 2007.

United States District Court for
the Southern District of New York

Date: **10-18-2007**

*Reed*

-v-

*Australian Lottery*

U.S.C.A. # _____

U.S.D.C. # **07cv7532**

D.C. JUDGE **KMW**

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __18th__ Day of __October__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, LEAD

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07532-KMW
### Internal Use Only

Reed v. Australian Lottery
Assigned to: Judge Kimba M. Wood
Member case: (View Member Case)
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 08/24/2007
Date Terminated: 08/24/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Charles Reed.(laq) (Entered: 09/04/2007) |
| 08/24/2007 | 2 | COMPLAINT against Australian Lottery. Document filed by Charles Reed.(laq) (Entered: 09/04/2007) |
| 08/24/2007 | 3 | ORDER OF DISMISSAL,,,,I grant plaintiff's request to proceed in forma pauperis and consolidate these 6 actions (1:07-cv-7532, 1:07-cv-7536, 1:07-cv-7537, 1:07-cv-7538, 1:07-cv-7539 & 1:07-cv-7540) for the purpose of this order, but dismisses them for the reasons set forth in this order.Thus accordingly, these pro se complaints the close and sympathetic reading to which they are entitled, they reveal no basis for the exercise of subject matter jurisdiction over the underlying suits. Furthermore, the United States is immune from suit. Accordingly, plaintiff's six complaints, filed in forma pauperis and consolidated for purpose of this Order are dismissed because they fail to state a claim on which relief may be granted, they fail to allege facts establishing subject matter jurisdiction and seek relief against a defendant who is immune from such relief. 28 U.S.C. 1915(e)(2)(B)(ii). I certify that any appeal from this Order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/24/7) (laq) (Entered: 09/04/2007) |
| 08/24/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 09/04/2007) |
| 08/24/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/24/7) (laq) (Entered: 09/04/2007) |
| 09/27/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Charles Reed. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 10/18/2007) |
| 09/27/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Charles Reed. $455.00 APPEAL FEE DUE. IFP REVOKED 8/24/07. (tp) (Entered: 10/18/2007) |
| 10/18/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 10/18/2007) |
| 10/18/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 10/18/2007) |